UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 3:04CR101 |
| | ) | |
| v. | ) | ORDER DIMISSING PETITION |
| | ) | WITHOUT PREJUDICE |
| DEMARCUS DONTE IVEY | ) | |

Upon motion of the United States, it is hereby ORDERED that petition seeking to revoke the defendant's supervised release and accompanying warrant are DISMISSED without prejudice, thus permitting the U.S. Probation Office and the United States to re-file the petition at a later date.

SO ORDERED.

Signed: May 12, 2011

Graham C. Mullen
United States District Judge